UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KBM WORLDWIDE, INC.,

                Plaintiff,                   **ORDER**
     -against-                         CV 15-3279 (LDW)(ARL)

SEALAND NATURAL RESOURCES, INC.
and GREGORY D. MAY,

                Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated January 21, 2016, defendants were directed to respond to plaintiff's discovery requests on or before February 5, 2016. Defendants were warned that failure to comply with this order may result in the imposition of sanctions.

      On February 29, 2016, plaintiff advised that defendants had failed to produce any discovery responses in violation of the Court's order. In response, defendants indicated that the parties were attempting to resolve the matter and requested an extension of time to negotiate a settlement.

      The scheduling order is modified as follows: Should the case not settle, defendants are directed to respond to plaintiff's discovery requests on or before April 15, 2016. All discovery, inclusive of expert discovery, is to be completed by June 15, 2016. The deadline to commence dispositive motion practice is extended to June 29, 2016. The final conference scheduled for May 19, 2016 is adjourned to July 13, 2016 at 11:30 a.m. The parties are directed to electronically file a proposed joint pretrial order, in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.

Dated:  Central Islip, New York                  **SO ORDERED:**
          March 30, 2016

                                                               _____/s/_____
                                                               ARLENE ROSARIO LINDSAY
                                                               United States Magistrate Judge